| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**Victor Arnold Rocha**<br>**Marjorie Ann Rocha** | CASE NO.:<br><br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   07/28/2026    Victor Arnold Rocha
                      Printed name of Debtor 1                                              Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.  ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   07/28/2026      Marjorie Ann Rocha

Printed name of Debtor 2                                                          Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 2                                  **F 1002-1.EMP.INCOME.DEC**

JEROMES FURNITURE WAREHOUSE
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
RANCHOBE
DD

Direct Deposit # 1075851847
Date 06/26/2026

PAY
TO THE
ORDER
OF

VICTOR A ROCHA
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

Pay this Amount

VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T **

DIRECT DEPOSIT $1,669.05
TO ACCOUNT # XXXXXX8269
BANK # XXXXXX2691

**N O N - N E G O T I A B L E**

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

VICTOR A ROCHA
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

EMPLOYEE ID: 2161
Assistant Sales Manager
DEPARTMENT: 600407
Corona

JEROMES FURNITURE WAREHOUSE
16960 MESAMINT STREET
SAN DIEGO CA 92127



FEIN: 95-1858201

Pay Period 06/08/2026 - 06/21/2026
Pay Date 06/26/2026
DD RECEIPT:1075851847

**FITWH S**
**CA S**
**FITWH - Exemptions: 9; CA - Exemptions: 0**

| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Salary | 06/08/26 - 06/14/26 | | 40.00 | 1,442.31 | | |
| ‡Phone Reim | 06/08/26 - 06/14/26 | | | 15.00 | | |
| Salary | 06/15/26 - 06/21/26 | | 40.00 | 1,442.31 | 968.00 | 34,903.91 |
| ‡Phone Reim | 06/15/26 - 06/21/26 | | | 15.00 | | 180.00 |
| SickSalary | | | | | 4.00 | 144.23 |
| Vac | | | | | 60.00 | 2,163.46 |
| Birthday | | | | | 8.00 | 288.46 |
| Bonus | | | | | | 7,725.00 |
| **Total Gross Earnings** | | | | $2,914.62 | | $45,405.06 |
| **Total Hours/Unit** | | | 80.00 | | 1,040.00 | |
| **Total Hours Worked** | | | 80.00 | | 968.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 288.46 | 4,522.48 |
| 401kLoan1 | 78.11 | 1,015.43 |
| Crit Ill | | 55.22 |
| Dental | 25.27 | 325.59 |
| Medical | 562.62 | 7,306.68 |
| Vision | 8.52 | 110.76 |
| **Total** | **$962.98** | **$13,336.16** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 22.28 | 1,821.43 |
| MED | 33.18 | 543.50 |
| SOC | 141.87 | 2,323.90 |
| CA | 55.51 | 1,430.30 |
| CASDI | 29.75 | 487.30 |
| **Total** | **$282.59** | **$6,606.43** |

**Net Pay** XXXXXX8269 $1,669.05

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick | 40.00 | 4.00 | 36.00 |
| Vac | 120.93 | 32.00 | 88.93 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 36.06 | 565.35 |

| Limits | | BALANCE |
|---|---|---|
| 401kLoan1 | | 45,303.80 |

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
Imgct
RANCHOBE
DD

Direct Deposit # 1075443808
Date 06/12/2026

| | | |
|---|---|---|
| PAY TO THE ORDER OF | **MARJORIE A ROCHA**<br>41410 JUNIPER STREET<br>UNIT 122<br>MURRIETA CA 92562 | Pay this Amount<br><br>VOID ** VOID ** |

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

DIRECT DEPOSIT $1,260.82
TO ACCOUNT # XXXXXX6490
BANK # XXXXXX1617

**N O N - N E G O T I A B L E**

---

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**MARJORIE A ROCHA**
41410 JUNIPER STREET
UNIT 122
MURRIETA CA 92562
EMPLOYEE ID: 4642
Office Associate
DEPARTMENT: 600506
Murrieta

**FITWH  M**
**CA      M**
**FITWH - Exemptions: 1;  CA - Exemptions: 1**

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

FEIN:  95-1858201

Pay Period    05/25/2026  -  06/07/2026
Pay Date      06/12/2026
DD RECEIPT:1075443808

Paycor
A Paychex® Company

| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Vac | | | | | 64.00 | 1,193.60 |
| Bonus | | | | | | 5.00 |
| SickHourly | | | | | 8.00 | 149.28 |
| Hourly | 05/25/26 - 05/31/26 | 18.6500 | 39.95 | 745.07 | | |
| OT | 05/25/26 - 05/31/26 | 29.8013 | 0.90 | 26.83 | 7.2002 | 203.63 |
| Hol | 05/25/26 - 05/31/26 | 18.6500 | 8.00 | 149.20 | 24.00 | 447.60 |
| Hourly | 06/01/26 - 06/07/26 | 18.6500 | 39.9833 | 745.69 | 873.3499 | 16,287.99 |
| OT | 06/01/26 - 06/07/26 | 27.9750 | 0.4501 | 12.59 | | |
| **Total Gross Earnings** | | | | **$1,679.38** | | **$18,287.10** |
| **Total Hours/Unit** | | | 89.2834 | | 976.5501 | |
| **Total Hours Worked** | | | 81.2834 | | 880.5501 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 100.76 | 1,097.23 |
| 401kLoan1 | 86.36 | 949.96 |
| **Total** | **$187.12** | **$2,047.19** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 67.09 | 630.35 |
| MED | 24.35 | 265.16 |
| SOC | 104.12 | 1,133.80 |
| CA | 14.05 | 130.06 |
| CASDI | 21.83 | 237.73 |
| **Total** | **$231.44** | **$2,397.10** |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| CSL | -12.00 | 0.00 | -12.00 |
| Sick | 40.00 | 8.00 | 32.00 |
| Vac | 99.24 | 64.00 | 35.24 |

| **Net Pay** | XXXXXX6490 | $1,260.82 |
|---|---|---|

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 20.99 | 228.59 |

| Limits | BALANCE |
|---|---|
| 401kLoan1 | 5,786.12 |

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
RANCHOBE
DD

Direct Deposit #  1075443753
Date        06/12/2026

PAY
TO THE
ORDER
OF

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

Pay this Amount

VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

DIRECT DEPOSIT $1,639.05
TO ACCOUNT #   XXXXXX8269
BANK #        XXXXXX2691

**N O N - N E G O T I A B L E**

---

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

EMPLOYEE ID:  2161
Assistant Sales Manager
DEPARTMENT: 600407
Corona

**FITWH  S**
**CA      S**
**FITWH - Exemptions: 9;  CA - Exemptions: 0**

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

FEIN:  95-1858201

Pay Period    05/25/2026  -  06/07/2026
Pay Date     06/12/2026
DD RECEIPT:1075443753



| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| SickSalary | | | | | 4.00 | 144.23 |
| Vac | | | | | 60.00 | 2,163.46 |
| Other | | | | | | 150.00 |
| Salary | 05/25/26 - 05/31/26 | | 40.00 | 1,442.31 | | |
| Bonus | 05/25/26 - 05/31/26 | | | | | 6,225.00 |
| Salary | 06/01/26 - 06/07/26 | | 32.00 | 1,153.85 | 888.00 | 32,019.29 |
| Birthday | 06/01/26 - 06/07/26 | | 8.00 | 288.46 | 8.00 | 288.46 |
| **Total Gross Earnings** | | | | **$2,884.62** | | **$40,990.44** |
| **Total Hours/Unit** | | | 80.00 | | 960.00 | |
| **Total Hours Worked** | | | 72.00 | | 888.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 288.46 | 4,084.02 |
| 401kLoan1 | 78.11 | 937.32 |
| Crit Ill | | 55.22 |
| Dental | 25.27 | 300.32 |
| Medical | 562.62 | 6,744.06 |
| Vision | 8.52 | 102.24 |
| **Total** | **$962.98** | **$12,223.18** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 22.28 | 1,502.15 |
| MED | 33.18 | 488.57 |
| SOC | 141.87 | 2,089.03 |
| CA | 55.51 | 1,236.68 |
| CASDI | 29.75 | 438.05 |
| **Total** | **$282.59** | **$5,754.48** |

**Net Pay**        XXXXXX8269                    $1,639.05

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick | 40.00 | 4.00 | 36.00 |
| Vac | 116.31 | 32.00 | 84.31 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 36.06 | 510.54 |

| Limits | | BALANCE |
|---|---|---|
| 401kLoan1 | | 45,381.91 |

JEROMES FURNITURE WAREHOUSE
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
RANCHOBE
DD

Direct Deposit #  1075443754
Date    06/12/2026

PAY
TO THE
ORDER
OF

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

Pay this Amount

VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

DIRECT DEPOSIT $780.64
TO ACCOUNT #   XXXXXX8269
BANK #         XXXXXX2691

**N O N - N E G O T I A B L E**

---

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

EMPLOYEE ID:  2161
Assistant Sales Manager
DEPARTMENT: 600407
Corona

**FITWH  S**
**CA     S**
**FITWH - Exemptions: 9;  CA - Exemptions: 0**

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

FEIN:  95-1858201

Pay Period    05/25/2026  -  06/07/2026
Pay Date      06/12/2026
DD RECEIPT:1075443754



| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| SickSalary | | | | | 4.00 | 144.23 |
| Vac | | | | | 60.00 | 2,163.46 |
| Other | | | | | | 150.00 |
| Salary | 05/25/26 - 05/31/26 | | | | 888.00 | 32,019.29 |
| Bonus | 05/25/26 - 05/31/26 | | | 750.00 | | |
| Birthday | 06/01/26 - 06/07/26 | | | | 8.00 | 288.46 |
| Bonus | 06/01/26 - 06/07/26 | | | 750.00 | | 7,725.00 |
| **Total Gross Earnings** | | | | **$1,500.00** | | **$42,490.44** |
| **Total Hours/Unit** | | | | | 960.00 | |
| **Total Hours Worked** | | | | | 888.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 150.00 | 4,234.02 |
| 401kLoan1 | | 937.32 |
| Crit Ill | | 55.22 |
| Dental | | 300.32 |
| Medical | | 6,744.06 |
| Vision | | 102.24 |
| **Total** | **$150.00** | **$12,373.18** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 297.00 | 1,799.15 |
| MED | 21.75 | 510.32 |
| SOC | 93.00 | 2,182.03 |
| CA | 138.11 | 1,374.79 |
| CASDI | 19.50 | 457.55 |
| **Total** | **$569.36** | **$6,323.84** |

**Net Pay**      XXXXXX8269                          $780.64

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick | 40.00 | 4.00 | 36.00 |
| Vac | 116.31 | 32.00 | 84.31 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 18.75 | 529.29 |

| Limits | | BALANCE |
|---|---|---|
| 401kLoan1 | | 45,381.91 |

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
RANCHOBE
DD

Direct Deposit #  1075851886
Date    06/26/2026

PAY
TO THE
ORDER
OF

**MARJORIE A ROCHA**
41410 JUNIPER STREET
UNIT 122
MURRIETA CA 92562

Pay this Amount

VOID ** VOID **

DIRECT DEPOSIT $1,132.19
TO ACCOUNT #   XXXXXX6490
BANK #         XXXXXX1617

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

**N O N - N E G O T I A B L E**

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**MARJORIE A ROCHA**
41410 JUNIPER STREET
UNIT 122
MURRIETA CA 92562
EMPLOYEE ID:  4642
Office Associate
DEPARTMENT: 600506
Murrieta

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

**Paycor**
A Paychex® Company

FEIN:  95-1858201

Pay Period    06/08/2026  -  06/21/2026
Pay Date      06/26/2026
DD RECEIPT:1075851886

**FITWH  M**
**CA      M**
**FITWH - Exemptions: 1;  CA - Exemptions: 1**

| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 06/08/26 - 06/14/26 | 18.6500 | 40.00 | 746.00 | | |
| OT | 06/08/26 - 06/14/26 | 27.9750 | 0.4168 | 11.66 | | |
| Hourly | 06/15/26 - 06/21/26 | 18.6500 | 23.95 | 446.67 | 937.2999 | 17,480.66 |
| OT | 06/15/26 - 06/21/26 | 27.9750 | 0.0666 | 1.86 | 7.6836 | 217.15 |
| Vac | 06/15/26 - 06/21/26 | 18.6500 | 16.00 | 298.40 | 80.00 | 1,492.00 |
| Hol | | | | | 24.00 | 447.60 |
| Bonus | | | | | | 5.00 |
| SickHourly | | | | | 8.00 | 149.28 |
| **Total Gross Earnings** | | | | **$1,504.59** | | **$19,791.69** |
| **Total Hours/Unit** | | | 80.4334 | | 1,056.9835 | |
| **Total Hours Worked** | | | 64.4334 | | 944.9835 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 90.28 | 1,187.51 |
| 401kLoan1 | 86.36 | 1,036.32 |
| **Total** | **$176.64** | **$2,223.83** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 50.66 | 681.01 |
| MED | 21.82 | 286.98 |
| SOC | 93.28 | 1,227.08 |
| CA | 10.44 | 140.50 |
| CASDI | 19.56 | 257.29 |
| **Total** | **$195.76** | **$2,592.86** |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| CSL | -12.00 | 0.00 | -12.00 |
| Sick | 40.00 | 8.00 | 32.00 |
| Vac | 103.86 | 80.00 | 23.86 |

| **Net Pay** | XXXXXX6490 | | $1,132.19 |
|---|---|---|---|

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 18.81 | 247.40 |

| Limits | BALANCE |
|---|---|
| 401kLoan1 | 5,699.76 |

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
RANCHOBE
DD

Direct Deposit #  1076664611
Date      07/24/2026

PAY
TO THE
ORDER
OF

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

Pay this Amount

| VOID ** VOID ** |
|---|

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

DIRECT DEPOSIT $1,669.05
TO ACCOUNT #    XXXXXX8269
BANK #          XXXXXX2691

**N O N - N E G O T I A B L E**

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

EMPLOYEE ID:  2161
Assistant Sales Manager
DEPARTMENT:  600407
Corona

**FITWH  S**
**CA     S**
**FITWH - Exemptions: 9;  CA - Exemptions: 0**

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127



FEIN:  95-1858201

Pay Period    07/06/2026  - 07/19/2026
Pay Date     07/24/2026
DD RECEIPT:1076664611

| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Salary | 07/06/26 - 07/12/26 | | 40.00 | 1,442.31 | | |
| ‡Phone Reim | 07/06/26 - 07/12/26 | | | 15.00 | | |
| Salary | 07/13/26 - 07/19/26 | | 40.00 | 1,442.31 | 1,128.00 | 40,673.15 |
| ‡Phone Reim | 07/13/26 - 07/19/26 | | | 15.00 | | 210.00 |
| SickSalary | | | | | 4.00 | 144.23 |
| Vac | | | | | 60.00 | 2,163.46 |
| Birthday | | | | | 8.00 | 288.46 |
| Bonus | | | | | | 8,975.00 |
| **Total Gross Earnings** | | | | $2,914.62 | | $52,454.30 |
| **Total Hours/Unit** | | | 80.00 | | 1,200.00 | |
| **Total Hours Worked** | | | 80.00 | | 1,128.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 288.46 | 5,224.40 |
| 401kLoan1 | 78.11 | 1,171.65 |
| Crit Ill | | 55.22 |
| Dental | 25.27 | 376.13 |
| Medical | 562.62 | 8,431.92 |
| Vision | 8.52 | 127.80 |
| **Total** | **$962.98** | **$15,387.12** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 22.28 | 2,113.49 |
| MED | 33.18 | 627.99 |
| SOC | 141.87 | 2,685.14 |
| CA | 55.51 | 1,656.41 |
| CASDI | 29.75 | 563.05 |
| **Total** | **$282.59** | **$7,646.08** |

Net Direct Deposit  XXXXXX8269      $1,669.05

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick | 40.00 | 4.00 | 36.00 |
| Vac | 130.17 | 32.00 | 98.17 |

| Net Pay | CURRENT | YTD |
|---|---|---|
| | $1,669.05 | $29,421.10 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 36.06 | 653.10 |

| Limits | BALANCE |
|---|---|
| 401kLoan1 | 45,147.58 |

JEROMES FURNITURE WAREHOUSE
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
RANCHOBE
DD

Direct Deposit #  1076258425
Date      07/10/2026

PAY
TO THE
ORDER
OF

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

Pay this Amount

VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

DIRECT DEPOSIT $1,639.05
TO ACCOUNT #    XXXXXX8269
BANK #          XXXXXX2691

**N O N - N E G O T I A B L E**

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

EMPLOYEE ID:  2161
Assistant Sales Manager
DEPARTMENT: 600407
Corona

**FITWH  S**
**CA      S**
**FITWH - Exemptions: 9;  CA - Exemptions: 0**

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127



FEIN:  95-1858201

Pay Period   06/22/2026  - 07/05/2026
Pay Date     07/10/2026
DD RECEIPT:1076258425

| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Salary | 06/22/26 - 06/28/26 | | 40.00 | 1,442.31 | | |
| Salary | 06/29/26 - 07/05/26 | | 40.00 | 1,442.31 | 1,048.00 | 37,788.53 |
| SickSalary | | | | | 4.00 | 144.23 |
| Vac | | | | | 60.00 | 2,163.46 |
| Birthday | | | | | 8.00 | 288.46 |
| Other | | | | | | 180.00 |
| Bonus | 06/22/26 - 06/28/26 | | | | | 7,725.00 |
| **Total Gross Earnings** | | | | $2,884.62 | | $48,289.68 |
| **Total Hours/Unit** | | | 80.00 | | 1,120.00 | |
| **Total Hours Worked** | | | 80.00 | | 1,048.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 288.46 | 4,810.94 |
| 401kLoan1 | 78.11 | 1,093.54 |
| Crit Ill | | 55.22 |
| Dental | 25.27 | 350.86 |
| Medical | 562.62 | 7,869.30 |
| Vision | 8.52 | 119.28 |
| **Total** | **$962.98** | **$14,299.14** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 22.28 | 1,843.71 |
| MED | 33.18 | 576.68 |
| SOC | 141.87 | 2,465.77 |
| CA | 55.51 | 1,485.81 |
| CASDI | 29.75 | 517.05 |
| **Total** | **$282.59** | **$6,889.02** |

Net Direct Deposit  XXXXXX8269       $1,639.05

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick | 40.00 | 4.00 | 36.00 |
| Vac | 125.55 | 32.00 | 93.55 |

| Net Pay | CURRENT | YTD |
|---|---|---|
| | $1,639.05 | $27,101.52 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 36.06 | 601.41 |

| Limits | BALANCE |
|---|---|
| 401kLoan1 | 45,225.69 |

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
RANCHOBE
DD

Direct Deposit #  1076258426
Date  07/10/2026

PAY
TO THE
ORDER
OF

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

Pay this Amount

VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

DIRECT DEPOSIT $650.53
TO ACCOUNT #  XXXXXX8269
BANK #  XXXXXX2691

**N O N - N E G O T I A B L E**

---

### THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

EMPLOYEE ID:  2161
Assistant Sales Manager
DEPARTMENT: 600407
Corona

**FITWH  S**
**CA  S**
**FITWH - Exemptions: 9;  CA - Exemptions: 0**

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127



FEIN:  95-1858201

Pay Period  06/22/2026  -  07/05/2026
Pay Date  07/10/2026
DD RECEIPT:1076258426

| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Bonus | 06/22/26 - 06/28/26 | | | 625.00 | | |
| Bonus | 06/29/26 - 07/05/26 | | | 625.00 | | 8,975.00 |
| SickSalary | | | | | 4.00 | 144.23 |
| Vac | | | | | 60.00 | 2,163.46 |
| Birthday | | | | | 8.00 | 288.46 |
| Other | | | | | | 180.00 |
| Salary | 06/22/26 - 06/28/26 | | | | 1,048.00 | 37,788.53 |
| **Total Gross Earnings** | | | | **$1,250.00** | | **$49,539.68** |
| **Total Hours/Unit** | | | | | 1,120.00 | |
| **Total Hours Worked** | | | | | 1,048.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 125.00 | 4,935.94 |
| 401kLoan1 | | 1,093.54 |
| Crit Ill | | 55.22 |
| Dental | | 350.86 |
| Medical | | 7,869.30 |
| Vision | | 119.28 |
| **Total** | **$125.00** | **$14,424.14** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 247.50 | 2,091.21 |
| MED | 18.13 | 594.81 |
| SOC | 77.50 | 2,543.27 |
| CA | 115.09 | 1,600.90 |
| CASDI | 16.25 | 533.30 |
| **Total** | **$474.47** | **$7,363.49** |

Net Direct Deposit  XXXXXX8269  $650.53

| Net Pay | CURRENT | YTD |
|---|---|---|
| | $650.53 | $27,752.05 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick | 40.00 | 4.00 | 36.00 |
| Vac | 125.55 | 32.00 | 93.55 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 15.63 | 617.04 |

| Limits | BALANCE |
|---|---|
| 401kLoan1 | 45,225.69 |

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
RANCHOBE
DD

Direct Deposit #  1076258425
Date   07/10/2026

PAY
TO THE
ORDER
OF

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

Pay this Amount

VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

DIRECT DEPOSIT $1,639.05
TO ACCOUNT #   XXXXXX8269
BANK #        XXXXXX2691

**N O N - N E G O T I A B L E**

<div style="background:black;color:white">**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**</div>

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

EMPLOYEE ID:  2161
Assistant Sales Manager
DEPARTMENT: 600407
Corona

**FITWH  S**
**CA     S**
**FITWH - Exemptions: 9;  CA - Exemptions: 0**

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127



FEIN:  95-1858201

Pay Period   06/22/2026  -  07/05/2026
Pay Date    07/10/2026
DD RECEIPT:1076258425

| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Salary | 06/22/26 - 06/28/26 | | 40.00 | 1,442.31 | | |
| Salary | 06/29/26 - 07/05/26 | | 40.00 | 1,442.31 | 1,048.00 | 37,788.53 |
| SickSalary | | | | | 4.00 | 144.23 |
| Vac | | | | | 60.00 | 2,163.46 |
| Birthday | | | | | 8.00 | 288.46 |
| Other | | | | | | 180.00 |
| Bonus | 06/22/26 - 06/28/26 | | | | | 7,725.00 |
| **Total Gross Earnings** | | | | **$2,884.62** | | **$48,289.68** |
| **Total Hours/Unit** | | | 80.00 | | 1,120.00 | |
| **Total Hours Worked** | | | 80.00 | | 1,048.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 288.46 | 4,810.94 |
| 401kLoan1 | 78.11 | 1,093.54 |
| Crit Ill | | 55.22 |
| Dental | 25.27 | 350.86 |
| Medical | 562.62 | 7,869.30 |
| Vision | 8.52 | 119.28 |
| **Total** | **$962.98** | **$14,299.14** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 22.28 | 1,843.71 |
| MED | 33.18 | 576.68 |
| SOC | 141.87 | 2,465.77 |
| CA | 55.51 | 1,485.81 |
| CASDI | 29.75 | 517.05 |
| **Total** | **$282.59** | **$6,889.02** |

Net Direct Deposit  XXXXXX8269     $1,639.05

| Net Pay | CURRENT | YTD |
|---|---|---|
| | $1,639.05 | $27,101.52 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick | 40.00 | 4.00 | 36.00 |
| Vac | 125.55 | 32.00 | 93.55 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 36.06 | 601.41 |

| Limits | | BALANCE |
|---|---|---|
| 401kLoan1 | | 45,225.69 |

JEROMES FURNITURE WAREHOUSE
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
RANCHOBE
DD

Direct Deposit #  1076258426
Date  07/10/2026

PAY
TO THE
ORDER
OF

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

Pay this Amount

VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

DIRECT DEPOSIT $650.53
TO ACCOUNT #  XXXXXX8269
BANK #  XXXXXX2691

**N O N - N E G O T I A B L E**

---

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**VICTOR A ROCHA**
41410 JUNIPER STREET UNIT 122
MURRIETA CA 92562

EMPLOYEE ID:  2161
Assistant Sales Manager
DEPARTMENT:  600407
Corona

**FITWH  S**
**CA      S**
**FITWH - Exemptions: 9;  CA - Exemptions: 0**

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127



FEIN:  95-1858201

Pay Period     06/22/2026  -  07/05/2026
Pay Date       07/10/2026
DD RECEIPT:1076258426

| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Bonus | 06/22/26 - 06/28/26 | | | 625.00 | | |
| Bonus | 06/29/26 - 07/05/26 | | | 625.00 | | 8,975.00 |
| SickSalary | | | | | 4.00 | 144.23 |
| Vac | | | | | 60.00 | 2,163.46 |
| Birthday | | | | | 8.00 | 288.46 |
| Other | | | | | | 180.00 |
| Salary | 06/22/26 - 06/28/26 | | | | 1,048.00 | 37,788.53 |
| **Total Gross Earnings** | | | | **$1,250.00** | | **$49,539.68** |
| **Total Hours/Unit** | | | | | 1,120.00 | |
| **Total Hours Worked** | | | | | 1,048.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 125.00 | 4,935.94 |
| 401kLoan1 | | 1,093.54 |
| Crit Ill | | 55.22 |
| Dental | | 350.86 |
| Medical | | 7,869.30 |
| Vision | | 119.28 |
| **Total** | **$125.00** | **$14,424.14** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 247.50 | 2,091.21 |
| MED | 18.13 | 594.81 |
| SOC | 77.50 | 2,543.27 |
| CA | 115.09 | 1,600.90 |
| CASDI | 16.25 | 533.30 |
| **Total** | **$474.47** | **$7,363.49** |

Net Direct Deposit  XXXXXX8269     $650.53

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick | 40.00 | 4.00 | 36.00 |
| Vac | 125.55 | 32.00 | 93.55 |

| Net Pay | | CURRENT | YTD |
|---|---|---|---|
| | | $650.53 | $27,752.05 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 15.63 | 617.04 |

| Limits | | BALANCE |
|---|---|---|
| 401kLoan1 | | 45,225.69 |

JEROMES FURNITURE WAREHOUSE
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
mton
RANCHOBE
DD

Direct Deposit #  1076258479
Date      07/10/2026

PAY
TO THE
ORDER
OF

**MARJORIE A ROCHA**
41410 JUNIPER STREET
UNIT 122
MURRIETA CA 92562

Pay this Amount

VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

DIRECT DEPOSIT $1,247.33
TO ACCOUNT #   XXXXXX6490
BANK #         XXXXXX1617

**N O N - N E G O T I A B L E**

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**MARJORIE A ROCHA**
41410 JUNIPER STREET
UNIT 122
MURRIETA CA 92562
EMPLOYEE ID:  4642
Office Associate
DEPARTMENT: 600506
Murrieta

**FITWH  M**
**CA      M**
**FITWH - Exemptions: 1;  CA - Exemptions: 1**

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

FEIN:  95-1858201

Pay Period    06/22/2026  - 07/05/2026
Pay Date      07/10/2026
DD RECEIPT:1076258479



| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 06/22/26 - 06/28/26 | 18.6500 | 39.90 | 744.14 | | |
| OT | 06/22/26 - 06/28/26 | 27.9751 | 0.4834 | 13.53 | | |
| Hourly | 06/29/26 - 07/05/26 | 18.6500 | 39.80 | 742.27 | 1,016.9999 | 18,967.07 |
| OT | 06/29/26 - 07/05/26 | 29.8307 | 0.40 | 11.93 | 8.567 | 242.61 |
| Hol | 06/29/26 - 07/05/26 | 18.6500 | 8.00 | 149.20 | 32.00 | 596.80 |
| Vac | | | | | 80.00 | 1,492.00 |
| Bonus | | | | | | 5.00 |
| SickHourly | | | | | 8.00 | 149.28 |
| **Total Gross Earnings** | | | | **$1,661.07** | | **$21,452.76** |
| **Total Hours/Unit** | | | 88.5834 | | 1,145.5669 | |
| **Total Hours Worked** | | | 80.5834 | | 1,025.5669 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 99.66 | 1,287.17 |
| 401kLoan1 | 86.36 | 1,122.68 |
| **Total** | **$186.02** | **$2,409.85** |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| CSL | -12.00 | 0.00 | -12.00 |
| Sick | 40.00 | 8.00 | 32.00 |
| Vac | 108.48 | 80.00 | 28.48 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 20.76 | 268.16 |

| Limits | | BALANCE |
|---|---|---|
| 401kLoan1 | | 5,613.40 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 65.37 | 746.38 |
| MED | 24.09 | 311.07 |
| SOC | 102.99 | 1,330.07 |
| CA | 13.68 | 154.18 |
| CASDI | 21.59 | 278.88 |
| **Total** | **$227.72** | **$2,820.58** |

| Net Direct Deposit  XXXXXX6490 | $1,247.33 | |
|---|---|---|

| **Net Pay** | CURRENT | YTD |
|---|---|---|
| | $1,247.33 | $16,222.33 |

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

135979
FH504
RANCHOBE
DD

Direct Deposit #  1076664649
Date      07/24/2026

| PAY<br>TO THE<br>ORDER<br>OF | **MARJORIE A ROCHA**<br>41410 JUNIPER STREET<br>UNIT 122<br>MURRIETA CA 92562 | Pay this Amount<br>VOID ** VOID ** |

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

DIRECT DEPOSIT $1,118.91
TO ACCOUNT #   XXXXXX6490
BANK #       XXXXXX1617

**N O N - N E G O T I A B L E**

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**MARJORIE A ROCHA**
41410 JUNIPER STREET
UNIT 122
MURRIETA CA 92562
EMPLOYEE ID:  4642
Office Associate
DEPARTMENT: 600506
Murrieta

**FITWH  M**
**CA     M**
**FITWH - Exemptions: 1;  CA - Exemptions: 1**

**JEROMES FURNITURE WAREHOUSE**
16960 MESAMINT STREET
SAN DIEGO CA 92127

FEIN:  95-1858201

Pay Period    07/06/2026  -  07/19/2026
Pay Date      07/24/2026
DD RECEIPT:1076664649

Paycor
A Paychex® Company

| Earnings | WEEK | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 07/06/26 - 07/12/26 | 18.6500 | 39.8166 | 742.58 | | |
| OT | 07/06/26 - 07/12/26 | 27.9750 | 0.15 | 4.20 | 8.817 | 249.61 |
| Hourly | 07/13/26 - 07/19/26 | 18.6500 | 39.5166 | 736.98 | 1,096.3331 | 20,446.63 |
| OT | 07/13/26 - 07/19/26 | 27.9750 | 0.10 | 2.80 | | |
| Hol | | | | | 32.00 | 596.80 |
| Vac | | | | | 80.00 | 1,492.00 |
| Bonus | | | | | | 5.00 |
| SickHourly | | | | | 8.00 | 149.28 |
| **Total Gross Earnings** | | | | **$1,486.56** | | **$22,939.32** |
| **Total Hours/Unit** | | | 79.5832 | | 1,225.1501 | |
| **Total Hours Worked** | | | 79.5832 | | 1,105.1501 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 89.19 | 1,376.36 |
| 401kLoan1 | 86.36 | 1,209.04 |
| **Total** | **$175.55** | **$2,585.40** |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| CSL | -12.00 | 0.00 | -12.00 |
| Sick | 40.00 | 8.00 | 32.00 |
| Vac | 113.10 | 80.00 | 33.10 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 18.58 | 286.74 |

| Limits | | BALANCE |
|---|---|---|
| 401kLoan1 | | 5,527.04 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 48.97 | 795.35 |
| MED | 21.56 | 332.63 |
| SOC | 92.17 | 1,422.24 |
| CA | 10.07 | 164.25 |
| CASDI | 19.33 | 298.21 |
| **Total** | **$192.10** | **$3,012.68** |

Net Direct Deposit  XXXXXX6490     $1,118.91

| Net Pay | CURRENT | YTD |
|---|---|---|
| | $1,118.91 | $17,341.24 |