Certificate Number: 14912-CAC-DE-041536231

Bankruptcy Case Number: 26-16147

14912-CAC-DE-041536231

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2026, at 2:49 o'clock AM EDT, Victor Rocha completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: October 8, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor