United States Bankruptcy Court
Central District of California

In re: Case No. 26-16147-RB
Victor Arnold Rocha Chapter 7
Marjorie Ann Rocha
Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 3
Date Rcvd: Nov 09, 2026 Form ID: 318a Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Victor Arnold Rocha, Marjorie Ann Rocha, 41410 Juniper St #122, Murrieta, CA 92562-9779 |
| 43239857 | Southwest Healthcare, 27708 Jefferson Ave Ste 200, Temecula, CA 92590-2641 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRSWHITMORE | Nov 10 2026 14:10:00 | Robert Whitmore (TR), 3600 Lime St Ste 616, Riverside, CA 92501-0933 |
| smg | | EDI: CALTAXFEE | Nov 10 2026 14:10:00 | California Department of Tax and Fee Administratio, Collections Support Bureau, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| smg | | EDI: EDD.COM | Nov 10 2026 14:10:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 10 2026 14:10:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Nov 10 2026 14:10:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 43239843 | ^ | MEBN | Nov 09 2026 23:47:47 | AMR Medical Response, 6501 S Fiddlers Green Cir Suite 100, Greenwood Village, CO 80111-5038 |
| 43239841 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 10 2026 00:01:27 | Affirm, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 43239842 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2026 00:01:25 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 43239844 | | Email/Text: rm-bknotices@bridgecrest.com | Nov 09 2026 23:53:00 | Bridgecrest Credit, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 43239845 | | EDI: CAPITALONE.COM | Nov 10 2026 14:10:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 43239846 | | EDI: JPMORGANCHASE | Nov 10 2026 14:10:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 43239847 | | EDI: CITICORP | Nov 10 2026 14:10:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 43239848 | | EDI: AMINFOFP.COM | Nov 10 2026 14:10:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 43239849 | | Email/Text: HHEBN@harriscollect.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 09 2026 23:53:00 | Harris & Harris, 111 W Jackson Blvd Ste 650, Chicago, IL 60604-3589 |
| 43239850 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2026 00:01:26 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 43239851 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2026 00:01:12 | Merrick Bank, 10705 S Jordan Gtwy #200, South Jordan, UT 84095-3977 |
| 43239852 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 09 2026 23:53:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 43239853 | | EDI: PRA.COM | Nov 10 2026 14:10:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 43239854 | | Email/Text: bknotifications@sdccu.com | Nov 09 2026 23:51:00 | SAN DIEGO COUNTY CREDIT UNION, 5555 MILDRED ST, SAN DIEGO, CA 92110 |
| 43239855 | | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 10 2026 00:01:13 | Sofi Lending, 2750 E Cottonwood Pkwy Ste 300, Salt Lake Cty, UT 84121-7285 |
| 43239856 | + | Email/Text: bankruptcy@sw-credit.com | Nov 09 2026 23:53:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 43239858 | | EDI: WTRRNBANK.COM | Nov 10 2026 14:10:00 | TD Bank / Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 43239859 | + | Email/Text: support@tbsc.la | Nov 09 2026 23:52:00 | The Best Service Company, 6700 S Centinela Blvd 3rd Floor, Culver City, CA 90230-6304 |
| 43239861 | | EDI: USBANKARS.COM | Nov 10 2026 14:10:00 | US Bank, PO Box 6352, Fargo, ND 58125-6352 |
| 43239862 | + | EDI: USBANKARS.COM | Nov 10 2026 14:10:00 | US Bank Home Mortgage, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |
| 43239863 | | Email/Text: EDBKNotices@ecmc.org | Nov 09 2026 23:51:00 | US Dept of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 43239860 | | Email/Text: UpStart@ebn.phinsolutions.com | Nov 09 2026 23:53:00 | Upstart, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Bridgecrest Credit Company LLC as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Victor Arnold Rocha bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Marjorie Ann Rocha bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Robert Whitmore (TR) | rswtrustee@yahoo.com C211@ecfcbis.com;jennifer.gregory@stretto.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Victor Arnold Rocha<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6461 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Marjorie Ann Rocha<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4673 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | | |
| Case number: | 6:26–bk–16147–RB | | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Victor Arnold Rocha

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/9/26

Marjorie Ann Rocha

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 11/9/26

**Dated:** 11/9/26

**By the court:** Magdalena Reyes Bordeaux
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

13/AUTU

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**